```
            UNITED STATES DISTRICT COURT
                 DISTRICT OF MAINE
```

Kevin Lee Ross

    v.                                           Case No. 24-cv-014-SDE-AJ

Andrew McCormack, et al

## ORDER

After due consideration of the objection filed (Doc. No. 28), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 7, 2024. For the reasons explained therein, the plaintiff's motion for preliminary injunction (Doc. No. 14) is denied.

_____
Samantha D. Elliott
United States District Judge

Date: September 10, 2024

cc: Kevin Lee Ross, pro se