UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


KEVIN LEE ROSS

V.                                        Case no.24-cv-14-SDE-AJK

ANDREW MCCORMACK, ET AL


REPORT AND RECOMMENDATION


     Plaintiff Kevin Lee Ross filed a "Motion for Direct Appeal" (Doc.
No. 16), in which it appears Ross is asking this Court to authorize
him to proceed directly to the United States Supreme Court for
adjudication of this case under that Court's original jurisdiction.
This lawsuit, in which Ross, a private individual, asserts claims
against two federal probation officers and two private individuals,
does not fall within the Supreme Court's original jurisdiction.  See
28 U.S.C. § 1251.  Further, it is the Supreme Court, and not this
Court, which determines what cases it will hear in exercise of its
original jurisdiction.  See Sup. Ct. R. 17, 18.  Accordingly, the
District Judge should deny Ross's motion.  Any objections to this
Report and Recommendation must be filed within fourteen days of
receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen-
day period may be extended upon motion.  Only those issues raised in
the objection to this Report and Recommendation are subject to review
in the district court.  See Sch. Union No. 37 v. United Natl Ins. Co.,
617 F.3d 554, 564 (1st Cir. 2010).  Any issues not preserved by such
objection(s) are precluded on appeal.  See id.  Failure to file any

objections within the specified time waives the right to appeal the

district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d

163, 168 (1st Cir. 2016).


_____
Andrea K. Johnstone
United States Magistrate Judge


Date:  March 11, 2025

cc:    Kevin Lee Ross, pro se