UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin Lee Ross

    v.                                                           Case No. 24-cv-14-SDE

Andrew McCormack, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 11, 2025. For the reasons explained therein, Ross's motion for direct appeal (Doc. No. 16) is denied.

                                                     _____
                                                     Samantha D. Elliott
                                                     United States District Judge

Date: March 26, 2025

cc:   Kevin Lee Ross, pro se